**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 6, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00307-CV

---

## SDI KINGWOOD HOLDINGS, LLC, Appellant

## V.

## RACHAEL'S GIFTS NORTHEAST, LLC, Appellee

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2021-25084**

---

## MEMORANDUM OPINION

This is an appeal from an order signed May 25, 2021. On June 15, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Poissant and Wilson.